IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

VS.                                    CASE NO. 09-CV-1008

OTTER W. FORREST and
ANNIE J. FORREST                                                    DEFENDANTS

## ORDER

Before the Court is a Motion to Dismiss filed on behalf of the Plaintiff, United States of America. (Doc. No. 9). In the motion, the government requests that the above styled and numbered foreclosure be dismissed without prejudice pending an administrative review. Upon consideration, the Court finds that the motion should be and hereby is **granted**. Accordingly, the above styled and numbered case is hereby dismissed without prejudice.

IT IS SO ORDERED, this 1st day of December, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge